IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM EMERSON TOWNSEND,<br><br>               Petitioner,<br><br>   v.<br><br>MICHAEL KNOWLES,<br><br>               Respondent. | 2:03-cv-0520-GEB-PAN(JFM)<br><br>ORDER TO SHOW CAUSE |

      Frank George Prantil has filed two pleadings in this action following March 5, 2006, which is the date the California State Bar's website provides notice that he was ordered inactive, and then not eligible to practice law.[1]

      Since Mr. Prantil was not eligible to practice law in this district when he filed docket numbers 13 and 17, he is ordered to show cause ("OSC") in a writing to be filed no later than 4:00 p.m. on

---

[1] On May 7, 2006, Mr. Prantil filed Objections to Findings and Recommendations ("docket number 13") on behalf of Petitioner after the Magistrate Judge filed Findings and Recommendations that recommended Petitioner's request for a writ of habeas corpus be denied. I adopted the Findings and Recommendations in an Order filed June 5, 2006, that also closed this action. Mr. Prantil then filed a Notice of Appeal ("docket number 17") on July 1, 2006.
      Mr. Prantil's state bar number is 35155. His status history can be viewed at: http://members.calbar.ca.gov/search/member_detail.aspx?x=35155.

1  August 16, 2006, why he should not be ordered to pay a penalty of
2  $1,000.00 under Local Rule 180(d) for "practic[ing] before [this
3  Court] in violation of [Local Rule 180(a)]."[2]  The written response to
4  the OSC shall state whether a hearing is requested on the OSC.  If a
5  hearing is requested, it will commence at 9:00 a.m. on August 28,
6  2006.  The Clerk of Court is directed to serve a copy of this Order on
7  Petitioner (CDC # P-10944) at California State Prison, Solano, P.O.
8  Box 4000, Vacaville, CA, 95696-4000.
9          IT IS SO ORDERED.
10 Dated:  August 8, 2006

                                /s/ Garland E. Burrell, Jr.
                                GARLAND E. BURRELL, JR.
                                United States District Judge

---

[2]  Local Rule 180(a) limits "membership in the Bar of this Court . . . to attorneys who are active members in good standing of the State Bar of California."  If this penalty is ordered, it would be made payable to "Clerk, U.S. District Court."

2