IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM EMERSON TOWNSEND,        )        2:03-cv-0520-GEB-PAN(JFM)
                                 )
                Petitioner,      )
                                 )        ORDER
        v.                       )
                                 )
MICHAEL KNOWLES,                 )
                                 )
                Respondent.      )
_____)

        Since the Order to show Cause ("OSC") issued to Frank George

Prantil on August 8, 2006, failed to specify the correct provisions of

Local Rule 83-180 that were the basis for its issuance, the OSC is

withdrawn.  However, Mr. Prantil's response to the OSC, which was

filed on August 15, 2006, will be sent to the Office of the Chief

Trial Counsel Enforcement of the California State Bar; the two

documents he filed in this case after he was placed on inactive status

have already been sent to that office.

        The Clerk of Court is directed to serve a copy of this Order

on Petitioner (CDC # P-10944) at California State Prison, Solano,

P.O. Box 4000, Vacaville, CA 95696-4000.

        IT IS SO ORDERED.

Dated:  August 23, 2006


                              /s/ Garland E. Burrell, Jr.
                              GARLAND E. BURRELL, JR.
                              United States District Judge